IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| THOMAS SCOTT, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:17-cv-00868 |
| | ) | Judge Trauger |
| JUSTIN MARTIN, ET AL., | ) | |
| Defendants. | ) | |

**O R D E R**

On August 12, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 39), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE because there are no facts upon which a reasonable trier of fact could find in favor of plaintiff on his claims.

The Clerk shall enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

It is hereby **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge